THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JOSHUA CAVANEE,<br><br>            Defendant. | **MEMORANDUM DECISION AND ORDER DENYING REQUEST TO TERMINATE SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE**<br><br>Case No. 2:15-cr-00470-DN<br><br>District Judge David Nuffer |

Defendant Joshua Cavanee ("Mr. Cavanee") filed a Motion requesting early termination of his supervised release ("Motion").[1] The government filed a Response opposing Defendant's Motion for Early Termination.[2] Mr. Cavanee filed a Reply.[3] After Mr. Cavanee plead guilty to being a felon in possession of a firearm he was sentenced to 92 months of custody in the Bureau of Prisons and 36 months of supervised release.[4]

## BACKGROUND

Mr. Cavanee argues he has been compliant with all of the probation office's stipulations, and he has been violation free for 15 months.[5] In response, the government argues that Mr. Cavanee has only completed a small portion of his supervised release since he was sentenced to 28 months of supervised release that began in June 2023. In his Reply, Mr. Cavanee states he

---

[1] Motion, docket no. 78, filed January 26, 2024.

[2] Response, docket no. 79, filed February 1, 2024.

[3] Reply, docket no. 80, filed May 22, 2024.

[4] Amended Judgement, docket no. 38, filed May 31, 2016.

[5] Motion, at 1.

wants early termination of his supervised release so he can work longer hours and make more money.

On February 22, 2023, a Final Revocation Hearing was held, and Mr. Cavanee admitted to 17 violations of supervised release which included: (1) failing to submit to at least five drug tests; (2) committing additional crimes by possessing drug paraphernalia and using methamphetamine; and (3) failing to attend substance abuse treatment.[6] Mr. Cavanee's supervised release was revoked for these and other violations, and he was sentenced to eight months of custody with the Bureau of Prisons.[7]

There is not sufficient successful history in Mr. Cavanee's supervision to permit termination of his supervision.

## ORDER

After consideration of the relevant factors for early termination of supervised release, IT IS HEREBY ORDERED that Defendant's Motion is DENIED.

Signed May 30, 2024

BY THE COURT

David Nuffer
United States District Judge

---

[6] Judgment in a Criminal Case, docket no. 75, filed February 24, 2023.

[7] *Id.* at 3.